broader interpretation of the AG's powers contravenes this Commonwealth's general policy of limited interference with the legislative actions of local government.[1]  *See Mazur v. Trinity Area School Dist.,* 961 A.2d 96, 105 (Pa.2008).

For these reasons, I respectfully dissent.

Chief Justice CASTILLE joins in this opinion.

968 A.2d 1278

**Damon GREY, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

May 1, 2009.

1.  Respectfully, this Court's decision in *Arsenal Coal* is inapposite.  Under *Arsenal Coal*, a Locust Township farmer would be able to challenge Locust Township's unauthorized local ordinance and obtain an injunction.  *Arsenal Coal*, 477 A.2d at 1339;  3 Pa.C.S. § 315(b).  According to that decision, even an ordinance that is not enforced may present an *immediate* harm to a party that is *directly* injured.  *Arsenal Coal*, 477 A.2d at 1339.  Here, however, we have a different procedural posture.  Here, the AG does not claim that he is facing a direct or immediate harm.  Thus, unlike in *Arsenal Coal*, the question before us does not require the Court to interpret what constitutes "immediate" harm under general standing principles.  Instead, the question before us is simply whether the General Assembly, in creating standing for the AG by legislative fiat, intended the AG to be able to challenge unauthorized local ordinances predating Chapter 3 that the adopting municipality does not seek to enforce.  For this reason, any reliance on this Court's previous decisions regarding common law standing principles is misplaced.  Here, we address standing derived solely from a Pennsylvania statute.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of May, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**

969 A.2d 528

### BELDEN & BLAKE CORPORATION, Appellee

v.

### COMMONWEALTH of Pennsylvania, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, Appellant.

Supreme Court of Pennsylvania.

Argued April 14, 2008.

Decided April 29, 2009.

